IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15–11–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DAN CALVERT WALLEN, | |
| Defendant. | |

Before the Court is the government's Unopposed Motion to Dismiss Information, pursuant to Federal Rule of Criminal Procedure 48(a). (Doc. 75.) Nothing in the record indicates that the government moves to dismiss the Information for an improper prosecutorial purpose. *See United States v. W.R. Grace*, 429 F. Supp. 2d 1207, 1246–47 (D. Mont. 2006).

Accordingly, IT IS ORDERED that the motion (Doc. 75) is GRANTED, and the Indictment (Doc. 1) is DISMISSED without prejudice.

The Court is also aware that Defendant Dan Calvert Wallen has fully discharged his restitution obligation, which the Court imposed on him in its now-vacated judgment. (*See* Docs. 54, 67, 70.) Thus, the Court anticipates a motion from the government in short order to address the disbursement of those funds back to Mr. Wallen.

DATED this 5th day of February, 2021.

                                              /s/ Dana L. Christensen
                                              Dana L. Christensen, District Judge
                                              United States District Court